# Exhibit C

Cabana 1 Seat Chair | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-chair-center/
File Edit View Favorites Tools Help
Favorites
Cabana 1 Seat Chair | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 1 Seat Chair
Modern design meets ergonomic comfort with the Cabana Collection. Plush Sunbrella cushions combine with A-Grade teak for decadent outdoor living.
Dimensions
W26" D37" H27.5"
W66cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $1995
You Pay Wholesale $1195
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]
CONTACT
Redondo Beach Warehouse
310-536-8325
FIND A STORE
Click Here for Locations and Map
NETWORKS
Like Us on Facebook
OUR COMPANY
About Teak Warehouse

Cabana 1 Seat Chair | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-chair-center/
File Edit View Favorites Tools Help
Favorites
Cabana 1 Seat Chair | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 1 Seat Chair
Modern design meets ergonomic comfort with the Cabana Collection. Plush Sunbrella cushions combine with A-Grade teak for decadent outdoor living.
Dimensions
W26" D37" H27.5"
W66cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $1995
You Pay Wholesale $1195
ORDER TODAY 800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]
CONTACT
Redondo Beach Warehouse
310-536-8325
FIND A STORE
Click Here for Locations and Map
NETWORKS
Like Us on Facebook
OUR COMPANY
About Teak Warehouse

Cabana 1 Seat Chair | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-chair-center/
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 1 Seat Chair
Modern design meets ergonomic comfort with the Cabana Collection. Plush Sunbrella cushions combine with A-Grade teak for decadent outdoor living.
Dimensions
W26" D37" H27.5"
W66cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $1995
You Pay Wholesale $1195
ORDER TODAY 800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
[BACK TO TOP]
CONTACT
Redondo Beach Warehouse
310-536-8325
FIND A STORE
Click Here for Locations and Map
NETWORKS
Like Us on Facebook
OUR COMPANY
About Teak Warehouse

Cabana 1 Seat Chair | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-chair-center/
File Edit View Favorites Tools Help
Favorites
Cabana 1 Seat Chair | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 1 Seat Chair
Modern design meets ergonomic comfort with the Cabana Collection. Plush Sunbrella cushions combine with A-Grade teak for decadent outdoor living.
Dimensions
W26" D37" H27.5"
W66cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $1995
You Pay Wholesale $1195
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]
CONTACT
Redondo Beach Warehouse
310-536-8325
FIND A STORE
Click Here for Locations and Map
NETWORKS
Like Us on Facebook
OUR COMPANY
About Teak Warehouse

Cabana | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana/
File Edit View Favorites Tools Help
Favorites
Cabana | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana
Cabana is the new addition to our A Grade Teak deep-seating range of outdoor furniture. Shown here is the 2-seater single-arm sofa in combination with the 3-seater single-arm sofa. Joining the two in the corner is the Cabana Coffee Table. Cabana comes complete with Sunbrella cushions. Color shown is coal.
3 Seat Left Retail $5395 WHOLESALE $3295
3 Seat Right Retail $5395 WHOLESALE $3295
2 Seat Left Retail $3795 WHOLESALE $2295
2 Seat Right Retail $3795 WHOLESALE $2295
Coffee Table Retail $1295 WHOLESALE $795
Materials
A-Grade Teak, Sunbrella Cushions
ORDER TODAY 800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana/
File Edit View Favorites Tools Help
Favorites
Cabana | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana
Cabana is the new addition to our A Grade Teak deep-seating range of outdoor furniture. Shown here is the 2-seater single-arm sofa in combination with the 3-seater single-arm sofa. Joining the two in the corner is the Cabana Coffee Table. Cabana comes complete with Sunbrella cushions. Color shown is coal.
3 Seat Left Retail $5395 WHOLESALE $3295
3 Seat Right Retail $5395 WHOLESALE $3295
2 Seat Left Retail $3795 WHOLESALE $2295
2 Seat Right Retail $3795 WHOLESALE $2295
Coffee Table Retail $1295 WHOLESALE $795
Materials
A-Grade Teak, Sunbrella Cushions
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana/
File Edit View Favorites Tools Help
Favorites
Cabana | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana
Cabana is the new addition to our A Grade Teak deep-seating range of outdoor furniture. Shown here is the 2-seater single-arm sofa in combination with the 3-seater single-arm sofa. Joining the two in the corner is the Cabana Coffee Table. Cabana comes complete with Sunbrella cushions. Color shown is coal.
3 Seat Left Retail $5395 WHOLESALE $3295
3 Seat Right Retail $5395 WHOLESALE $3295
2 Seat Left Retail $3795 WHOLESALE $2295
2 Seat Right Retail $3795 WHOLESALE $2295
Coffee Table Retail $1295 WHOLESALE $795
Materials
A-Grade Teak, Sunbrella Cushions
ORDER TODAY 800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana/
File Edit View Favorites Tools Help
Favorites
Cabana | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana
Cabana is the new addition to our A Grade Teak deep-seating range of outdoor furniture. Shown here is the 2-seater single-arm sofa in combination with the 3-seater single-arm sofa. Joining the two in the corner is the Cabana Coffee Table. Cabana comes complete with Sunbrella cushions. Color shown is coal.
3 Seat Left Retail $5395 WHOLESALE $3295
3 Seat Right Retail $5395 WHOLESALE $3295
2 Seat Left Retail $3795 WHOLESALE $2295
2 Seat Right Retail $3795 WHOLESALE $2295
Coffee Table Retail $1295 WHOLESALE $795
Pin it Like 0
Materials
A-Grade Teak, Sunbrella Cushions
ORDER TODAY 800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 3 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-3-seater-lr/
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 3 Seater Left or Right
Cabana 3-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W78.5" D37" H27.5"
W199cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $5395
You Pay Wholesale $3295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 3 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-3-seater-lr/
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR
GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 3 Seater Left or Right
Cabana 3-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W78.5" D37" H27.5"
W199cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $5395
You Pay Wholesale $3295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 3 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-3-seater-lr/
File Edit View Favorites Tools Help
Favorites
Cabana 3 Seater Left or Right | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 3 Seater Left or Right
Cabana 3-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W78.5" D37" H27.5"
W199cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $5395
You Pay Wholesale $3295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 3 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-3-seater-lr/
File Edit View Favorites Tools Help
Favorites
Cabana 3 Seater Left or Right | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR
GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 3 Seater Left or Right
Cabana 3-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W78.5" D37" H27.5"
W199cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $5395
You Pay Wholesale $3295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 3 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-3-seater-lr/
File Edit View Favorites Tools Help
Favorites
Cabana 3 Seater Left or Right | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR
GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 3 Seater Left or Right
Cabana 3-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W78.5" D37" H27.5"
W199cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $5395
You Pay Wholesale $3295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 2 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-2-seater-lr/
File Edit View Favorites Tools Help
Favorites
Cabana 2 Seater Left or Right | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 2 Seater Left or Right
Cabana 2-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W55" D37" H27.5"
W140cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $3795
You Pay Wholesale $2295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA

Cabana 2 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-2-seater-lr/
File Edit View Favorites Tools Help
Favorites
Cabana 2 Seater Left or Right | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR
GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 2 Seater Left or Right
Cabana 2-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W55" D37" H27.5"
W140cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $3795
You Pay Wholesale $2295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 2 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-2-seater-lr/
File Edit View Favorites Tools Help
Favorites
Cabana 2 Seater Left or Right | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR
GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 2 Seater Left or Right
Cabana 2-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W55" D37" H27.5"
W140cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $3795
You Pay Wholesale $2295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 2 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-2-seater-lr/
File Edit View Favorites Tools Help
Favorites
Cabana 2 Seater Left or Right | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 2 Seater Left or Right
Cabana 2-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W55" D37" H27.5"
W140cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $3795
You Pay Wholesale $2295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]

Cabana 2 Seater Left or Right | Teak Warehouse - Windows Internet Explorer
http://www.teakwarehouse.com/teak/product/cabana-2-seater-lr/
File Edit View Favorites Tools Help
Favorites
Cabana 2 Seater Left or Right | Teak Warehouse
ESTABLISHED 1989 TEAKWAREHOUSE MANUFACTURERS
WHOLESALE TO THE PUBLIC CALL TODAY 800-343-7707
TEAK WAREHOUSE - OUTDOOR SEATING COLLECTIONS
SEARCH FOR GO
HOME PRODUCTS ABOUT IN THE PRESS SEATING COLLECTIONS CLIENTS BLOG SHIPPING LOCATIONS SALE
Cabana 2 Seater Left or Right
Cabana 2-seater single arm sofa. Cabana sectional brings asymmetrical flair to your outdoor living room. Pair it with an opposing Left or Right arm, combine 2 seaters and 3 seaters, or set alone for a stand out sofa! Available in Charcoal fabric.
Dimensions
W55" D37" H27.5"
W140cm D94cm H70cm
Materials
A-Grade Teak, Sunbrella Cushions
PRICE
Sugg. Retail $3795
You Pay Wholesale $2295
ORDER TODAY
800-343-7707
CLICK FOR YOUR NEAREST LOCATION
BACK
VISA
[BACK TO TOP]